**UNITED STATES BANKRUPTCY COURT**
<u>NORTHERN</u> **DISTRICT OF** <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re:  YULIYA VOYTEKUNAS    §  Case No. 10-45547
  §  Chapter 7
  §  Hon. PAMELA S. HOLLIS
  §
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 05/24/2011 in Courtroom 644, Dirksen Federal Building Courthouse, 219 S. Dearborn Street Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Clerk U. S. Bankruptcy Court
  (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
<u>NORTHERN</u> **DISTRICT OF** <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re: YULIYA VOYTEKUNAS § Case No. 10-45547
§ Chapter 7
§ Hon. PAMELA S. HOLLIS
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $3,337.65
*and approved disbursements of*
*leaving a balance on hand of* [1] $3,337.65

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $3,337.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $834.41 | $0.00 | $834.41 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $10.70 | $0.00 | $10.70 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* U.S. Bankruptcy Court | |
| *Fees,* United States Trustee | |
| Other | |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $845.11 |
| Remaining balance: | $2,492.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

|  |  |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,492.54 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $2,492.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $54,085.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $5,732.84 | $0.00 | $264.20 |
| 2 | American InfoSource LP agent for WFNNB | $219.08 | $0.00 | $10.10 |
| 3 | Chase Bank USA, N.A. | $109.76 | $0.00 | $5.06 |
| 4 | Chase Bank USA, N.A. | $8,187.04 | $0.00 | $377.30 |
| 5 | Chase Bank USA, N.A. | $12,726.52 | $0.00 | $586.51 |
| 6 | American Express Centurion Bank | $6,889.03 | $0.00 | $317.48 |
| 7 | Capital Recovery IV, LLC | $7,271.51 | $0.00 | $335.11 |
| 8 | Calvary Portfolio Services LLC, assignee of Chase | $4,988.65 | $0.00 | $229.90 |
| 9 | GE Money Bank | $7,130.94 | $0.00 | $328.59 |
| 10 | American InfoSource LP agent for FIA Card Services (Bank of America/MBNA) | $830.76 | $0.00 | $38.29 |

Total to be paid for timely general unsecured claims: $2,492.54
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00\_\_\_ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be \_\_\_0\_\_ percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-45547-PSH
Yuliya Voytekunas                                                         Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 1           Date Rcvd: Apr 21, 2011
                              Form ID: pdf006          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2011.
```
db         +Yuliya Voytekunas,    9655 Woods Drive, Unit 604,    Skokie, IL 60077-4422
aty        +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty        +Yan Teytelman,    Cohen & Krol,    105 West Madison St.,    Suite 1100,    Chicago, IL 60602-4600
tr         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe Suite Ste 910,    Chicago, IL 60603-1957
16262037    American Express,    P. O. Box 0001,    Los Angeles, CA 90096-8000
16794299    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16262038    BAC Home Loans Servicing LP,    PO Box 650070,    Dallas, TX 75265-0070
16262042    BMW Bank of North America,    P. O. Box 78066,    Phoenix, AZ 85062-8066
16696038   +BMW Bank of North America, Inc Department,    c/o Ascension Capital Group,    P.O. Box 201347,
             Arlington, TX 76006-1347
16262039    Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
16262040    Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
16262041    Bloomingdale's,    PO Box 689194,    Des Moines, IA 50368-9194
16901148   +Cavalry Portfolio Services, LLC,    500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
16625162    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16262046    Macy's,    PO Box 183084,    Columbus, OH 43218-3084
16262047    Neiman Marcus,    PO Box 5235,    Carol Stream, IL 60197-5235
16262049    TJX,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
16262050    Victoria's Secret,    P. O. Box 659728,    San Antonio, TX 78265-9728
16262051    Washington Mutual,    Card Services,    PO Box 9016,    Pleasanton, CA 94566-9016
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16571940    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 22 2011 07:30:28
             American Infosource Lp As Agent for Wfnnb,    As Assignee of,    Victoria's Secret,
             PO Box 248872,    Oklahoma City, OK  73124-8872
16847918    E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2011 07:30:28      Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16262043    E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2011 07:30:28      Care Credit/GEMB,   GE Money Bank,
             PO Box 960061,    Orlando, FL 32896-0061
16262044    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 22 2011 07:40:28       Discover,   PO Box 30395,
             Salt Lake City, UT 84130-0395
16565589    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 22 2011 07:40:28       Discover Bank,
             Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
16962487    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 22 2011 07:30:28
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
16959652    E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2011 07:30:28      GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16262045    E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2011 07:30:28      JC Penney,    GEMB,
             P. O. Box 960090,    Orlando, FL 32896-0090
16262048    E-mail/Text: bnc@nordstrom.com Apr 22 2011 07:17:38      Nordstrom Bank,    PO Box 79134,
             Phoenix, AZ 85062-9134
                                                                                              TOTAL: 9
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2011**               **Signature:** _Joseph Speetjens_